UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARILYN CROSSLEY,

    Plaintiff,

vs.

KETTERING ADVENTIST HEALTHCARE, *doing business as* KETTERING HEALTH NETWORK, *et al.*,

    Defendants.

Case No. 3:20-cv-319

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

## ORDER OF REFERENCE TO THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B), and (C) and § 636(b)(3), the above-captioned matter is hereby referred to the assigned United States Magistrate Judge for ruling on the parties' joint motion to amend the preliminary pretrial conference order. Doc. No. 22. This referral shall remain in effect from the date of this Order until any new discovery deadline set by the Magistrate Judge. At that time, the District Judge will resume management of the case through resolution or trial. The Magistrate Judge to whom the case is referred is hereby authorized to perform any and all functions authorized for full-time United States Magistrate Judges by statute except that, unless specifically ordered, the following motions are not referred, regardless of when they may be filed: (1) motions for temporary restraining order or preliminary injunction; (2) dispositive motions, including Rule 12 motions and Rule 56 motions for summary judgment; (3) motions for class certification; and (4) motions *in limine* relating to the admission of evidence at trial.

    **IT IS SO ORDERED.**

June 21, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge