# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MARILYN CROSSLEY, | Case No. 3:20-cv-319 |
| Plaintiff, | |
| vs. | Judge Michael J. Newman |
| | Magistrate Judge Sharon L. Ovington |
| KETTERING ADVENTIST HEALTHCARE d/b/a KETTERING HEALTH NETWORK, *et al.*, | |
| Defendants. | |

## ORDER

This matter is before the Court on Plaintiff Marilyn Crossley's Motion to Compel and Extend Case Schedule. (Doc. No. 27). Plaintiff seeks an order compelling Defendant Kettering Adventist Health Care d/b/a Kettering Health Network ("Kettering") to produce documents. Plaintiff's Motion to Compel (Doc. No. 27) is **DENIED** without prejudice to renewal. The parties are **ORDERED** to continue to meet and confer in regard to Document Request No. 37 from Plaintiff's Third Set of Requests for Production of Documents. The parties may seek assistance from the Court if they are unable to reach timely resolution.

Further, as a result of the Discovery Conference on January 18, 2022, the Court finds that an extension of deadlines is warranted. This matter shall proceed as follows:

| | |
|---|---|
| **Status Conference** | February 18, 2022 at 2:00 pm |
| **Discovery Deadline** | March 21, 2022 |
| **Dispositive Motion Deadline** | April 18, 2022 |

Additionally, the Final Pretrial Conference set for April 28, 2022 at 2:00 pm and the Jury Trial set for May 16, 2022 at 9:00 am are hereby **VACATED**.

    **IT IS SO ORDERED.**

January 18, 2022                                      *s/Sharon L. Ovington*
                                                         Sharon L. Ovington
                                                         United States Magistrate Judge