# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARILYN CROSSLEY, | : | Case No. 3:20-cv-00319 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| KETTERING ADVENTIST | : | |
| HEALTHCARE d/b/a KETTERING | : | |
| HEALTH NETWORK, *et al.*, | : | |
| | | |
| Defendants. | | |

## ORDER

This matter came before the Court on May 16, 2022 for a Discovery Conference. Counsel orally requested to extend the discovery and dispositive motion deadlines. For good cause shown, the request is **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Telephone Status Conference | June 13, 2022, at 11:00 a.m. |
| Discovery Deadline | June 27, 2022 |
| Dispositive Motion Deadline | June 30, 2022 |

**IT IS SO ORDERED**.

May 18, 2022

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge