AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Marilyn Crossley,<br>*Plaintiff*<br>v.<br>Kettering Adventist Healthcare et al.<br>*Defendant* | ) )<br>) )<br>) ) Civil Action No. 3:20-cv-00319<br>) )<br>) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. No. 58 ); AND  TERMINATING THIS CASE ON THE DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Michael J. Newman  on a motion for Summary Judgment

Date:  3/20/2023

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk